IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

      Petitioner,                    No. CIV S-07-0182 LKK EFB P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

      Respondents.                ORDER

/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He also seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

      It appears that petitioner challenges the procedures used in a disciplinary hearing at Corcoran State Prison in Kings County, where petitioner is confined. This action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court takes no action on petitioner's request to proceed *in forma paueris*.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

///

///

3. The new case number is <u>No. Civ. F-07-329 LJO/DLB</u>. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated:  February 28, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2