```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| RODERICK WASHINGTON,            )<br>                                 )<br>         Petitioner,             )<br>                                 )<br>v.                               )<br>                                 )<br>ARNOLD SCHWARZENEGGER, et al.,)<br>                                 )<br>         Respondent.            )<br>_____) | 1:07-cv-00329-LJO-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 9)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On March 28, 2007, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED without prejudice. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On April 9, 2007, Petitioner filed objections to the Findings and Recommendation.

although in his objections Petitioner contends that he has sought review in the Kings County Superior Court, Fifth District Court of Appeal, and California Supreme Court, Petitioner's claim is unfounded. As stated in the Findings and Recommendations, Petitioner contends that he was falsely accused of threatening staff on December 26, 2006, and he was not afforded his due process rights in the disciplinary hearing conducted on January 6, 2007. Petitioner submits a copy of a summary denial issued by the

California Supreme Court on February 14, 2007. (Court Doc. 10.) As stated in the Findings and Recommendations, to the extent Petitioner sought relief in the state courts, "it is apparent those actions involved other matters such as his underlying conviction." (F&R, at 3.) It is absolutely impossible for Petitioner to have sought relief in the three tier state court level, with the California Supreme Court's denial issued on February 14, 2007, just over a month after the challenged incident occurred.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 28, 2007, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and,

3. The Clerk of Court enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:   October 30, 2007**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE