# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:07-CV-00329 LJO DLB HC |
| Petitioner, | ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |
| v. | [Doc. 19] |
| ARNOLD SCHWARZENEGGER, et al., | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 30, 2007, the Court dismissed the instant petition, without prejudice, for failure to exhaust the state judicial remedies, and judgment was entered this same date. (Court Docs. 16, 17.) Petitioner filed a notice of appeal on November 5, 2007, along with a motion for a certificate of appealability. (Court Docs. 18, 19.)

When a district court denies a habeas petition on procedural grounds without reaching the underlying constitutional claims, the petitioner must show, in order to obtain a certificate of appealability: (1) that jurists of reason would find it debatable whether the petition stated a valid claim of a denial of a constitutional right; and (2) that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 (2000). While both showings must be made to obtain a certificate of appealability, "a court may find that it can dispose of the application in a fair and prompt manner if it proceeds first to

resolve the issue whose answer is more apparent from the record and arguments." <u>Slack</u>, 529 U.S. at 485.

  The Court finds that Petitioner has failed to make an adequate showing. The Court does not find that jurists of reason would not find it debatable whether the petition was properly dismissed, without prejudice, for failure to exhaust the state judicial remedies. Petitioner has not made the required substantial showing of the denial of a constitutional right. Accordingly, the Court hereby DENIES Petitioner's motion for certificate of appealability.

IT IS SO ORDERED.

**Dated: December 7, 2007**     /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE